# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
|---|---|
| v. | CASE NUMBER: 09-mj-01080-MEH |
| CHARLES PENN LINDSEY | Richard Tegtmeier<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 470ee(b) | Archaeological Resources Protection Act | In or about March, 2005 | 1 |

Defendant is sentenced to 6 months unsupervised probation. No fine or fees imposed. All seized items in Attachment 1 of the Plea Agreement will be forfeited to the United States government.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** None | None | None |

June 17, 2009
Date of Imposition of Judgment

*s/ Kathleen M. Tafoya*
Signature of Judicial Officer

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 29, 2009
Date